IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HAROLD HOBBS**                                                                                                    **PLAINTIFF**
**ADC #077219**

v.                                      No: 4:23-cv-00515-KGB-PSH

**DEXTER PAYNE,** *et al.*                                                                                  **DEFENDANTS**

### ORDER

Before the Court is a motion to appoint counsel filed by Harold Hobbs ("Plaintiff") (Doc. No. 62). Plaintiff requests counsel because he cannot use his right arm due to pain and numbness. Before requesting assistance of counsel, Hobbs must first request typing services that may be available to him in prison. His motion to appoint counsel is therefore DENIED without prejudice.

A civil litigant does not have a constitutional or statutory right to appointed counsel in a civil action, but the Court may appoint counsel at its discretion. 28 U.S.C. § 1915(e)(1). The Court has considered Plaintiff's need for an attorney, the likelihood that Plaintiff will benefit from assistance of counsel, the factual complexity of the case, the Plaintiff's ability to investigate and present his case, and the complexity of the legal issues. In considering these factors, the Court finds that Plaintiff's claims do not appear legally or factually complex, and it appears he is

capable of prosecuting his claims without appointed counsel at this time. Counsel will be appointed at the direction of the Court when and if it is deemed necessary.

IT IS SO ORDERED this 5th day of June, 2025.

_____
UNITED STATES MAGISTRATE JUDGE